USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,         :
:
-v-                               :
:       20-CR-493 (VSB)
MOISES LLUBERES,                  :
:          **ORDER**
Defendant.        :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's October 9, 2020 bail appeal request relating to Defendant Moises Lluberes ("Lluberes").

Defendant Moises Lluberes's request for a bail appeal is granted. The Defendant must abide by the follow conditions as follows:

1. A $500,000 personal recognizance bond, co-signed by four financially responsible persons and Mr. Lluberes' wife, and secured by (a) Mr. Lluberes Florida home in the Middle District of Florida, (b) liquidating Mr. Lluberes' CoinBase digital currency account of approximately $250,000 up to the full amount of the bond if the value of the account is greater, and (c) Mr. Lluberes' home in the Dominican Republic;

2. Home detention at his house in the Middle District of Florida, and electronic monitoring as directed by Pretrial Services;

3. Travel restricted to the Southern and Eastern Districts of New York and the Middle District of Florida (and points in-between for purposes of travel to and from Court and meeting with his counsel);

4. Surrender or continued surrender of Mr. Lluberes' travel documents, including all passports issued by the United States and/or the Dominican Republic, and Lluberes shall not attempt to secure any travel documents in the future from any country;

5. Agreement waiving any extradition rights Mr. Lluberes may have as a Dominican citizen and agreeing to be returned to the United States immediately to face these proceedings if he were found to be in the Dominican Republic following his pretrial release. The parties are directed to draft an agreement in a form that will be or is most likely to be accepted by the Dominican government as a valid and enforceable waiver;

6. Supervision by Pretrial Services, including associational bars, as directed;

7. Defendant shall not be released until (a) all co-singers have signed the bond, (b) all of documents related to Mr. Lluberes' CoinBase digital currency account are turned over to the Government, including documents that evidence deposits and/or withdrawals since the account was opened, and (c) Mr. Lluberes' access to the key for his CoinBase digital currency account is restricted such that he cannot take any action with regard to the account except for the liquidation of the account and/or the key is placed in the Government's custody.

The Clerk's Office is directed to terminate docket entry 24.

SO ORDERED.

Dated: October 16, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge