```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                        -v-                                 :
                                                            :           20-CR-493 (VSB)
MOISES LLUBERES,                                            :
                                                            :               ORDER
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Today I held a hearing on Defendant Moises Lluberes' ("Defendant Lluberes" or "Lluberes") motion to modify "his bail conditions by releasing $230,000 of the $286,588.16 cash portion of his bond." (Doc. 43 at 1.) Based on representations made by the parties, I directed the parties to provide me with certain additional information. Accordingly, it is hereby:

ORDERED that by April 9, 2021, the Government provide both the Court and Lluberes with the underlying documents related to the HR Platform bank account as they relate to the chart on page 4 of the Government's opposition to the letter motion of Defendant Lluberes. These documents can be filed under seal and emailed to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that by April 14, 2021, defense counsel for Lluberes file a supplemental submission addressing (1) the HR Platform bank account issue; (2) how defense counsel envisions the case proceeding through trial; and (3) whether as a legal matter changed circumstances are required to modify bail conditions under the circumstances presented here. Regarding (2), this portion of the submission may be submitted under seal and ex parte.

IT IS FURTHER ORDERED that by April 14, 2021, the Government file a supplemental submission addressing whether as a legal matter changed circumstances are required to modify bail conditions under the circumstances presented here.

SO ORDERED.

Dated:   April 9, 2021
         New York, New York

_____
Vernon S. Broderick
United States District Judge