UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,          :

                   -v-                                     :        20-CR-493 (VSB)

MOISES LLUBERES,                 :           **ORDER**

                       Defendant.               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2021

VERNON S. BRODERICK, United States District Judge:

For the reasons stated on the record during the June 9, 2021 conference, Defendant Moises Lluberes's ("Defendant Lluberes" or "Lluberes") motion to modify his bail conditions by releasing $230,000 of the $286,588.16 cash portion of his bond is GRANTED. I find, however, that the Government has demonstrated that probable cause exists to restrain the $286,588.16 cash portion of Lluberes's bond. Therefore, the Government's motion for a post-indictment restraining order of these assets is GRANTED. I will separately issue a more detailed order restraining these assets. Finally, Lluberes's motion for a *Monsanto* hearing is DENIED without prejudice. Accordingly, it is hereby:

ORDERED that Lluberes submit any supplemental materials supporting his request for a *Monsanto* hearing by on or before June 16, 2021.

IT IS FURTHER ORDERED that the Government submit its response by on or before June 25, 2021.

IT IS FURTHER ORDERED that Lluberes submit any reply by on or before June 29, 2021.

SO ORDERED.

Dated:  June 10, 2021
        New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge