```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                -v-                                   :
                                                      :         20-CR-493 (VSB)
MOISES LLUBERES,                                      :
                                                      :              **ORDER**
                         Defendant.                   :
                                                      :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendant Moises Lluberes's ("Lluberes") supplemental submission regarding whether a *Monsanto* hearing is warranted. (Doc. 69.) I am also in receipt of the Government's response in which the Government indicates that Lluberes's supplemental submission meets the threshold showing required by *United States v. Bonventre*, 720 F.3d 126, 131–32 (2d Cir. 2013). (Doc. 70.) I agree that Lluberes has met the standard required for a *Monsanto* hearing; therefore, I grant Lluberes's request for such a hearing.

The Government also requests clarity on the scope of the hearing. Consistent with the Court's ruling in *Kaley v. United States*, 571 U.S. 320 (2014), this hearing will be limited to whether there is probable cause to believe that the funds liquidated from Lluberes's cryptocurrency account are properly forfeitable. *See United States v. Monsanto*, 924 F.2d 1186, 1203 (2d Cir. 1991). Accordingly, by on or before July 9, 2021, the parties are directed to file a joint submission with proposed dates for the hearing and to indicate whether the parties request that the hearing be in person.

SO ORDERED.

Dated: July 2, 2021
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge