UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                                                          :
        -v-                                               :
                                                          :               20-CR-493 (VSB)
MOISES LLUBERES,                                          :
                                                          :                  **ORDER**
                                  Defendant.              :
                                                          :
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___9/1/2021___
```

VERNON S. BRODERICK, United States District Judge:

A *Monsanto* hearing in this case is scheduled for September 13, 2021, at 10:00 a.m.  By

on or before September 8, 2021, the parties are directed to provide me with two hard copies of:

(1) the witness lists; (2) exhibits; and (3) 3500 material.  The parties should also indicate how

long they anticipate the hearing to last.

SO ORDERED.

Dated:  October 16, 2020
        New York, New York

Vernon S. Broderick
United States District Judge