```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
               -v-                                          :
                                                            :       20-CR-493 (VSB)
MOISES LLUBERES,                                            :
                                                            :          **ORDER**
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' letter indicating that the Government anticipates that its witnesses' direct testimonies will be completed within two hours, and that the Assistant United States Attorneys assigned to this case have a hearing scheduled for 2:00 p.m. that they need to attend. In light of this, the *Monsanto* hearing will be held between 10:00 a.m. and 1:00 p.m. on Monday, September 13, 2021. If the hearing is not completed at that time, we will resume on Tuesday, September 14, 2021 at 10:00 a.m.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

Vernon S. Broderick
United States District Judge