```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                          :

UNITED STATES OF AMERICA,              :

                         -v-                                :

                                                          :          20-CR-493 (VSB)

MOISES LLUBERES,                         :

                                                          :              **ORDER**

                          Defendant.       :

                                                           :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On September 13 and September 14, 2021, I held a *Monsanto* hearing in this case. In accordance with my ruling made on the record, the parties are directed to meet and confer and submit a letter by on or before September 24, 2021 detailing whether the parties agree on certain evidence that was presented during the hearing, including DX 9 and DX 10. Additionally, the parties are directed to submit their post-hearing briefs by on or before October 12, 2021. Any replies should be submitted by on or before October 22, 2021.

SO ORDERED.

Dated:  September 15, 2021
           New York, New York

                                                                        _____
                                                                        Vernon S. Broderick
                                                                        United States District Judge