

*Ilana Haramati*
*Partner*
Direct (646) 363-6090
Fax (212) 655-3535
ih@msf-law.com

July 29, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 07/29/22

Defendant is to maintain communication with the Pretrial Services Officer throughout the entirety of his trip.

    **Re:**    *United States v. Moises Lluberes*, 20-cr-493 **(VSB)**

Dear Judge Broderick:

    I write on behalf of defendant Moises Lluberes in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Houston, Texas on August 1, 2022 – August 5, 2022 to attend an important in person meeting for his employment.

    I have discussed this request with the government and Pretrial Services. The government, by A.U.S.A. Nicholas Chiuchiolo, does not object. Pretrial Services (Officer Harmon) objects, but PTS' objection is based only on the Office's blanket policy to object to overnight travel for any defendant subject to location monitoring. PTS Officer Harmon confirmed, however, that Mr. Lluberes has been fully compliant with his conditions of release throughout his nearly two-year period of supervision.

    Respectfully Submitted,

    MEISTER SEELIG & FEIN LLP

    /s/ HEM
    Henry E. Mazurek
    Ilana Haramati
    *Counsel for Defendant Moises Lluberes*

cc:    Counsel of Record (*via ECF*)