**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:
                                                  **ORDER**
:
Moises Lluberes
:                              20-cr-493
                                                  Docket #
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/02/2022

      Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.  Upon the request of the attorney and the consent of the defendant, and

      According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

      IT IS HEREBY ORDERED that _____Ilana Haramati_____ is appointed to represent the defendant.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Ilana Haramati
Print Attorney's Name

125 Park Avenue 8th Floor
Address

New York, NY 10017

646-860-3130
Telephone

SO ORDERED:

*/s/ Vernon Broderick*
Presiding Judge

07/29/22
DATED

*/s/ Laura Taylor Swain*
Laura Taylor Swain
Chief Judge

8/1/2022
DATED