**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:
:
Moises Lluberes
:
:
------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2022
```

**ORDER**

20-cr-493
Docket #

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.  Upon the request of the attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____Henry Edward Mazurek_____ is appointed to represent the defendant.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Henry Edward Mazurek
Print Attorney's Name

125 Park Avenue 7th Floor
Address
New York, NY 10017

212-655-3594
Telephone

SO ORDERED:

_____(signed)_____    07/29/22
Presiding Judge    DATED

_____(signed)_____    8/1/2022
Laura Taylor Swain    DATED
Chief Judge