```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
            -v-                                             :
                                                            :   20-CR-493 (VSB)
                                                            :
MOISES LLUBERES,                                            :
                                                            :        ORDER
                                                            :
                        Defendant.                          :
                                                            :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  I am in receipt of a request from Henry E. Mazurek and Ilana Haramati to be redesignated as appointed counsel for Defendant Moises Lluberes under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (Doc. 144 ("Def.'s Mot.").) As previously ordered, having found that there is good cause, Mazurek and Haramati are appointed CJA counsel for Lluberes, *nunc pro tunc* as of October 7, 2020. (Docs. 152, 153.)

  Separately, Mazurek and Haramati request that I designate this case as "extended or complex," and namely, "extended," under 18 U.S.C. § 3006A(d)(3), so that they may seek payment in excess of the statutory maximum. (*See* Def.'s Mot. 3–4.) Under the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act ("SDNY CJA Plan"), I find that this request is premature, but believe it should be renewed when counsel submit their bills to the Court along with their time sheets and supporting documentation. *See* SDNY CJA Plan Art. IX.B; *United States v. Mukhtaar*, No. 06 CR. 31 (SWK), 2008 WL 2151798, at *1 (S.D.N.Y. May 21, 2008) ("When applying for compensation in excess of the statutory maximum, CJA counsel must 'submit a detailed memorandum

supporting and justifying counsel's claim that the representation given was in an extended or complex case, and that the excess payment is necessary to provide fair compensation.'").

SO ORDERED.

Dated: August 3, 2022
      New York, New York

                                         Vernon S. Broderick
                                         United States District Judge