

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    1/17/23

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

January 17, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Moises Lluberes*, **20-cr-493 (VSB)**

Dear Judge Broderick:

I write on behalf of defendant Moises Lluberes in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to New York for a legal meeting on January 23, 2023. Because Mr. Lluberes is traveling from Florida, we request permission for him to travel to New York on January 22, 2023 and return to Florida on January 24, 2023.

I have discussed this request with the government (AUSA Chiuchiolo) and Pretrial Services (Officer Piperato) who do not object to the proposed modification. Pretrial Services has also noted that his home detention condition would not be monitored during travel.

Respectfully Submitted,

MEISTER SEELIG & FEIN LLP

    /s/ IH

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Moises Lluberes*

cc:    Counsel of Record (*via ECF*)