

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

November 30, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   12/01/2023

Re:   *United States v. Moises Lluberes*, 20-cr-493 (VSB)

Dear Judge Broderick:

I write on behalf of defendant Moises Lluberes in the above-referenced matter to respectfully request two modifications of his conditions of pretrial release.

First, we respectfully request that the Court permit Mr. Lluberes to relocate to Houston, Texas for employment purposes. Specifically, Mr. Lluberes' longstanding employer, a renewable energy company based in Houston, Texas, has asked Mr. Lluberes to relocate to Houston by the end of this year. To facilitate Mr. Lluberes' stable, gainful employment, we request permission for him to relocate to Houston, Texas accordingly.

Second, we respectfully request that the Court replace Mr. Lluberes' condition of home detention with a night curfew, as directed by Pretrial Services. Mr. Lluberes has been on home detention for more than three years, since October 2020. Since then, he has maintained a perfect record of scrupulous compliance. Home detention is thus unnecessary at this stage—instead a night curfew, as directed by Pretrial Services is the least restrictive condition necessary to ensure Mr. Lluberes' continued compliance with his conditions of release. Mr. Lluberes' remaining bail conditions would remain unchanged.

I have discussed these requests with the government and Pretrial Services (Officer Piperato) and counsel for the government (AUSA Chiuchiolo), both of whom consent.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

_____/s/ IH_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Moises Lluberes*