

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

March 13, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  03/14/2024

      **Re:**    *United States v. Moises Lluberes*, **20-cr-493 (VSB)**

Dear Judge Broderick:

      I write on behalf of defendant Moises Lluberes in the above-referenced matter to respectfully request temporary modification of his conditions of pretrial release to permit him to travel to Las Vegas, Nevada from March 19, 2024 through March 22, 2024 to attend an important in person meeting for his employment.

      I have discussed this request with the government and Pretrial Services.  PTS has no objection, and the government takes no position on this request.

                          Respectfully Submitted,

                          MEISTER SEELIG & FEIN PLLC

                          _____/s/ IH_____

                          Henry E. Mazurek
                          Ilana Haramati

                          *Counsel for Defendant Moises Lluberes*

cc:      Counsel of Record (*via ECF*)