

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 26, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  04/29/2024

      Re:    *United States v. Moises Lluberes*, 20-cr-493 (VSB)

Dear Judge Broderick:

      We represent defendant Moises Lluberes in the above-referenced matter. We write to respectfully request a two-week adjournment of the deadline to object to the Presentence Investigation Report from April 29, 2024 to May 13, 2024 to accommodate the Passover holiday, which ends on April 30, 2024 and coincided with the period to review and object to the PSR.

      Respectfully Submitted,

      MEISTER SEELIG & FEIN PLLC

         /s/ IH

      Henry E. Mazurek
      Ilana Haramati

      *Counsel for Defendant Moises Lluberes*

cc:    Counsel of Record (*via ECF*)