

Ilana Haramati
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 4, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 09/05/2024

Re:   *United States v. Moises Lluberes*, 20-cr-493 (VSB)

Dear Judge Broderick:

I write on behalf of defendant Moises Lluberes in the above-referenced matter to respectfully request a temporary modification of his conditions of pretrial release to permit him to travel to Austin, Texas on September 6, 2024 for an in person meeting for his employment. Mr. Lluberes will drive to Austin and return on the same day, September 6, 2024.

We have consulted with the government and Pretrial Services who have no objection to this request.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

/s/ IH

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Moises Lluberes*

cc:   Counsel of Record (*via ECF*)