UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

MOISES LLUBERES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

20 Cr. 493 (VSB)

WHEREAS, on or about February 16, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment ("the Preliminary Order of Forfeiture") (D.E. 197), which ordered the forfeiture to the United States of all right, title and interest of MOISES LLUBERES (the "Defendant") in the following property:

    a. A residential property located at 52 Los Olivo Punta Cana Village, Punta Cana, Dominican Republic (the "Punta Cana Residence"); and

    b. All cash collateral and interest earned thereon (approximately $286,588.15 at the time of deposit) that the Defendant posted with the Clerk of the United States District Court for the Southern District of New York (the "Security Amount");

(a. and b. collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable,

provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on April 3, 2024, for thirty (30) consecutive days, through May 2, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 3, 2025 (D.E. 306);

WHEREAS, on or about April 10, 2024, the Government received $286,588.16 representing the total funds from the Clerk of the United States District Court for the Southern District of New York representing the Security Amount (the "Final Security Amount");

WHEREAS, following the entry of the Preliminary Order of Forfeiture, the Government learned that the Punta Cana Residence is more specifically described as follows:

> the real property at 52 Olivo Street, Puntacana Village, Punta Cana, La Altagracia Province, Dominican Republic, Title deed Lot 506561416928, area of 756.91 square meters, issued by the Title Registry of Higüey on October 18, 2018, in the name of Grupo Vantaggio, S.R.L., located in Book 403, Folio 40, registration No. 1000016228

(the "Punta Cana Property", together with the Final Security Amount, the "Forfeited Property");

WHEREAS, the Punta Cana Property is titled in the name of Grupo Vantaggio SRL;

WHEREAS, Grupo Vantaggio SRL is 80% owned by the Defendant and 20% owned by his co-defendant wife, Maria De Los Angeles Aguilar Vanegas (a.k.a. Maria Aguilar, a.k.a. Maria Hewitt)("Vanegas");

WHEREAS, the Defendant and his co-defendant wife, Vanegas, and their company Grupo Vantaggio SRL, are the only individuals and/or entities known by the Government to have a potential interest in the Punta Cana Property;

WHEREAS, pursuant her plea agreement with the Government, Vanegas waived her right to oppose forfeiture of the Punta Cana Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   All right, title and interest, including the MOISES LLUBERES, Maria De Los Angeles Aguilar Vanegas, and Grupo Vantaggio SRL in the Punta Cana Property is hereby forfeited and vested in the United States of America.

        2.        All right, title and interest in the Forfeited Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

        3.        Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

        4.        The United States Marshals Service (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       July 8, 2025

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE