UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES LLUBERES,

                              Movant,

              -against-

UNITED STATES OF AMERICA,

                              Respondent.

26-CV-948 (VSB)

20-CR-493-2 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The Court directs the parties to ensure that all future submissions are docketed in both the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), and the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y).

To ensure that all documents related to Movant's Motion to Vacate are docketed in the civil matter, the Clerk of Court is respectfully directed to docket the following documents from the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y), in the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), as well: Document 344 (Letter Motion re Attorney-Client Privilege Waiver), 355 (Letter re Request for Additional Time to File Response).  This order will be docketed in both the instant civil and criminal cases.

SO ORDERED.

Dated:        May 4, 2026
              New York, New York

Vernon S. Broderick
United States District Judge