UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES LLUBERES,

                    Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

26-CV-948 (VSB)

20-CR-493-2 (VSB)

**<u>ORDER</u>**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The Court previously directed the parties to submit all documents in both the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), and the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y).

      To ensure that all documents related to Movant's Motion to Vacate are docketed in the civil matter, the Clerk of Court is respectfully directed to docket the following documents from the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y), in the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), as well: Document 371 (Declaration of Ilana Haramati, Esq. and Henry E. Mazurek, Esq.).  This order will be docketed in both the instant civil and criminal cases.

SO ORDERED.

Dated:       June 26, 2026
             New York, New York

                                  Vernon S. Broderick
                                    United States District Judge