UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOISES LLUBERES,<br><br>Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 26-CV-948 (VSB)<br><br>20-CR-493-2 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

The Court previously directed the parties to submit all documents in both the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), and the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y).

To ensure that all documents related to Movant's Motion to Vacate are docketed in the civil matter, the Clerk of Court is respectfully directed to docket the following documents from the civil matter, *Lluberes v. United States of America*, No. 26-CV-948 (S.D.N.Y. Feb. 2, 2026), in the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-2 (S.D.N.Y), as well: Document 22 (Petitioner's August 23, 2026 Cross-Referenced Reply). This order will be docketed in both the instant civil and criminal cases.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge